UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Magistrate No. 23-1124 |
| ALTARIQ WHITE | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 6443997 against defendant Altariq White, which was filed on May 3, 2023, charging him with theft of postal property: obstruction of mail, for the reason that prosecution of defendant Altariq White is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant Altariq White of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

*Philip R. Sellinger*
———————————————
Philip R. Sellinger
United States Attorney

Leave of Court is granted for the filing of the
foregoing dismissal.

*Andrea Bergman*
———————————————
HON. ANDREA D. BERGMAN
United States Magistrate Judge

Dated: April 1, 20204